IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHAH MAHMOOD SELAB,

    Petitioner,

v.                                                 No. 2:24-cv-1271 KG/KRS
                                                  No. 2:22-cr-2019 KG/KRS

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This matter is before the Court on self-represented Petitioner Shah Mahmood Selab's Motion Seeking Extension of Time to File Reply Brief. (Doc. 10). His Reply is currently due on February 5, 2026, which is thirty days after the United States filed its Response in Opposition to his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. Section 2255. Petitioner seeks a thirty-day extension because he cannot speak, read, or write in the English language, and requires assistance from a third-party translator. Having reviewed the request, the Court finds the Motion for Extension is well-taken and will grant the motion.

IT IS THEREFORE ORDERED that Petitioner Shah Mahmood Selab's Motion Seeking Extension of Time to File Reply Brief, (Doc. 10), is GRANTED and Petitioner shall file his Reply Brief by March 5, 2026.

                                            /s/Kenneth J. Gonzales
                                            CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.