IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHAH MAHMOOD SELAB,

    Petitioner,

v.

                                   No. 2:24-cv-1271 KG/KRS
                                   No. 2:22-cr-2019 KG/KRS

UNITED STATES OF AMERICA,

    Respondent.

ORDER

This matter is before the Court on self-represented Petitioner Shah Mahmood Selab's Motion Seeking Leave to File Oversized Reply Brief in Excess of 3-Pages. (Doc. 12). Attached to the Motion is his proposed Reply to Government's Opposition Response. (Doc. 12-1). Having reviewed the request, the Court finds the Motion for Leave is well-taken and will grant the motion.

IT IS THEREFORE ORDERED that Petitioner Shah Mahmood Selab's Motion Seeking Leave to File Oversized Reply Brief in Excess of 3-Pages, (Doc. 12), is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall detach and docket Petitioner's Reply to Government's Opposition Response (Doc. 12-1), which was submitted as an attachment to the Motion for Leave.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.