IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHAH MAHMOOD SELAB,

Petitioner,

v.

No. 2:24-cv-01271 KG/KRS
No. 2:22-cr-02019 KG

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT

This Court hereby enters judgment in this matter. Having dismissed this action with prejudice in an order entered concurrently herewith,

IT IS ORDERED, ADJUDGED, AND DECREED that JUDGMENT is entered IN FAVOR OF RESPONDENT on all of Petitioner's claims, which are hereby DISMISSED with prejudice.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.